1   Tanya E. Moore. SBN 206683
    MOORE LAW FIRM, P.C.
2   300 South First Street, Suite 342
    San Jose, California  95113
3   Telephone (408) 298-2000
    Facsimile (408) 298-6046
4   E-mails: tanya@@moorelawfirm.com;
    service@moorelawfirm.com
5
    Attorney for Plaintiff,
6   Darren Gilbert

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10  DARREN GILBERT,                          )  Case No. 2:22-cv-01297-JAM-KJN
                                             )
11              Plaintiff,                   )  **NOTICE OF VOLUNTARY DISMISSAL**
                                             )  **OF ENTIRE ACTION**
12        vs.                                )
                                             )
13  PARADISE PETRO INC. dba WHEATLAND)
    STATION aka WHEATLAND CHEVRON;  )
14                                           )
                                             )
15              Defendants.                  )
                                             )
16                                           )
                                             )
17                                           )
                                             )

18

19        WHEREAS, Defendants have not filed an answer or motion for summary judgment;

20        WHEREAS, Plaintiff and Defendants have settled the matter;

21        WHEREAS, no counterclaim has been filed;

22        Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal

23  Rule of Civil Procedure 41(a)(1)(A)(i).

24  Date: September 23, 2022            MOORE LAW FIRM, P.C.

25

26                                      */s/ Tanya E. Moore*
                                        Tanya E. Moore
27                                      Attorney for Plaintiff,
                                        Darren Gilbert
28